## Second District.

City National Bank of Kankakee and C. B. Sawyer, defendants in error, v. E. J. Tegge et al., defendants in error.

Maria Arp, plaintiff in error, v. City National Bank of Kankakee et al., defendants in error. Gen. No. 8,823.

**630**

Heard in this court at the October term, 1934. Opinion filed April 22, 1935.

Louis N. Legris, for plaintiff in error; Arthur W. DeSelm and Walter C. Schneider, of counsel. H. H. Wheeler and C. M. Granger, for certain defendant in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.